353 A.2d 38

Robert P. ORMSBEE and Sonny's Sportwear,
Inc., Appellants,

v.

Anna F. SABATINO, Individually and as Administratrix of
the Estate of Carmine J. Sabatino and as Custodian
for Marietta J. Sabatino, et al., Appellees.

Supreme Court of Pennsylvania.
Argued June 26, 1975.
Decided March 17, 1976.

F. Paul Laubner, Martin H. Philip, Palmerton, George W. Westervelt, Jr., Stroudsburg, for appellants.

Jackson M. Sigmon, Bethlehem, for appellees.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM.

Decree affirmed.

Costs on the appellants.

POMEROY, J., dissents.